FILED: MARCH 21, 2008
08CV1664
EDA
JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of             Case Number:

HELEN OF TROY LIMITED and OXO INTERNATIONAL LTD.
v.
G&S METAL PRODUCTS COMPANY, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
HELEN OF TROY LIMITED and OXO INTERNATIONAL LTD.

| | |
|---|---|
| NAME (Type or print) | |
| Brian S. Clise | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brian S. Clise | |
| FIRM | |
| Seyfarth Shaw LLP | |
| STREET ADDRESS | |
| 131 S. Dearborn St., Suite 2400 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6277263 | 312-460-5000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |