FILED: MARCH 21, 2008
08CV1664 EDA
JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HELEN OF TROY LIMITED, and OXO INTERNATIONAL LTD, <br><br> Plaintiffs, <br> v. <br><br> G&S METAL PRODUCTS COMPANY, INC., <br><br> Defendants. | Civil Action No. _____ <br><br> <u>JURY TRIAL DEMANDED</u> |

NOTICE OF CLAIM FOR PATENT INFRINGEMENT
UNDER TITLE 35, UNITED STATES CODE, SECTION 290

Pursuant to Local Rule 3.4, please take notice that a complaint has been filed (as captioned above) alleging infringement of the following United States Patent:

| Inventors | Patent Number |
|---|---|
| Stowell, Davin <br> Allendorf, Stephan C. | 5,419,454 |

The names and address of the parties are listed below:

Plaintiffs:
HELEN OF TROY LIMITED
13 – 8th Avenue
St. Michael, Barbados

OXO INTERNATIONAL LTD.
1 Helen of Troy Plaza
El Paso, Texas 79912

CH1 11441687.1

<u>Defendant:</u>

G&S METAL PRODUCTS COMPANY, INC.
3330 E. 79th Street
Cleveland, OH  44127


Dated:  March 21, 2008                              Helen of Troy Limited and OXO International Ltd.


                                                                         By:  /s/ Brian S. Clise
                                                                         An Attorney for Plaintiffs

<u>Attorneys for Plantiffs</u>
Alan L. Unikel
Brian S. Clise
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603
(312) 460-5000