FILED: MARCH 21 2008
08CV1664                    EDA
JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HELEN OF TROY LIMITED, and OXO INTERNATIONAL LTD, )<br><br>)<br><br>)<br>Plaintiffs,    )<br>v.           )<br><br>)<br>G&S METAL PRODUCTS COMPANY, )<br>INC.,            )<br><br>)<br>Defendants.   )| Civil Action No. _____<br><br>JURY TRIAL DEMANDED |

## NOTICE OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2, Plaintiff HELEN OF TROY LIMITED states that the

entit(ies) owning more than 5% of HELEN OF TROY LIMITED include:


HELEN OF TROY LTD
CLARENDON HOUSE
CHURCH STREET
HAMILTON BERMUDA


Pursuant to Local Rule 3.2, Plaintiff OXO INTERNATIONAL LTD, states that its

partner(s) include:


HELEN OF TROY NEVADA CORPORATION
(GENERAL PARTNER)
1 HELEN OF TROY PLAZA
EL PASO, TEXAS  79912

5

CHI 11441687.1

HOT NEVADA, INC.
(LIMITED PARTNER)
202 SOUTH MINNESOTA STREET
CARSON CITY, NEVADA  89703


Dated:  March 21, 2008                                    Helen of Troy Limited and OXO International Ltd.


                                                          By:  /s/ Brian S. Clise
                                                          An Attorney for Plaintiffs

Attorneys for Plantiffs
Alan L. Unikel
Brian S. Clise
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603
(312) 460-5000

6